# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

### No. 201700243

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### MARK A. THOMPSON
Major (O-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Christopher Greer, USMC.
Convening Authority: Commanding General, Marine Corps
Installations Command, Washington, DC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Paul F.
Meagher, USMC.
For Appellant: Lieutenant Jacob E. Meusch, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 26 February 2018

———————————————

Before GLASER-ALLEN, JONES, and WOODARD, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court


Opinion reissued with amended caption on 7 March 2018